| | |
|---|---|
| 1 | SARA L. GABIN, OSB #81234 |
| | Attorney for **Plaintiff** |
| 2 | Five Centerpointe Drive, Suite 400 |
| | Lake Oswego, Oregon 97035 |
| 3 | tel: 503.620.3171  fax: 503.620.3365 |

FILED '07 JAN 31 14:22 USDC-ORM

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

FLOYD O. KEDNAY,

          Plaintiff,

vs.

LINDA S. McMAHON, Acting Commissioner of Social Security,

          Defendant.

Civil No. 06-680-CO

ORDER FOR ATTORNEY FEES – EAJA

    Based on the stipulation of the parties, it is hereby ORDERED that attorney fees of $4,496.92 under the Equal Access to Justice Act, 28 U.S.C. 2412, and costs of $350.00 under 28 U.S.C. 1920, are awarded to plaintiff, to be made payable to SARA L. GABIN, P.C., Attorney at Law, plaintiff's counsel.

    DATED this _30_ day of January, 2007.

                                        _____
                                        UNITED STATES DISRCTIC COURT JUDGE

Submitted by:

/s/ SARA L. GABIN
SARA L. GABIN, OSB#81234
Attorney for Plaintiff

ORDER FOR ATTORNEY FEES -EAJA - 1